MICHAEL E. MITCHELL #240199
MITCHELL LAW GROUP, INC.
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone:     (559) 222-2424
Facsimile:     (559) 222-2434

Attorney for Defendant:
**STANLEY HAMILTON**

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Citation No.: 6:13-mj-00046-MJS |
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO EXTEND** |
| | ) **PROBATION FOR STANLEY** |
| STANLEY HAMILTON , | ) **HAMILTON AND ORDER** |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

The parties, by and through their undersigned attorneys, hereby stipulate as follows:

The unsupervised probation term for Defendant, STANLEY HAMILTON ("Mr. Hamilton"), which would expire on May 6, 2014 is to be extended for two years till May 6, 2016 for Mr. Hamilton to complete the second offender DUI program. Mr. Hamilton would be required to complete the second offender DUI program before the extended unsupervised probation term expires on May 6, 2016.  All prior probation terms would remain in full force and effect.

Dated: April 29, 2014                    /s/ Michael E. Mitchell_____
                                         Michael E. Mitchell, Attorney for
                                         Defendant, CHRISTOPHER CLINE

Dated: April 29, 2014                    /s/ Matthew McNease_____
                                         Matthew Mcnease/National Park Service

- 1 -

## **ORDER**

IT IS SO ORDERED that unsupervised probation for STANLEY HAMILTON ("Mr. Hamilton") is extended for two years till May 6, 2016 and Mr. Hamilton is required to complete the second offender DUI program before probation expires on May 6, 2016. All prior probation terms ordered by the court remain in full force and effect.

IT IS SO ORDERED.

Dated:   May 1, 2014          /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE